IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>SYNCHRONY GROUP, LLC, SYNCHRONY HEALTHCARE COMMUNICATIONS, INC., SYNCHRONY MEDICAL COMMUNICATIONS, INC., INPHASE COMMUNICATIONS, INC., AND SYNCHRONY ALLIANCE CONSULTING, LLC,<br><br>*Defendants.* | CIVIL ACTION NO. 18-602 |

# ORDER

**AND NOW**, this 3rd day of December 2018, upon consideration of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [Doc. 19] and the opposition thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) is **DENIED**.

2. Defendants' Motion to Dismiss Pursuant to Fed R. Civ. P. 12(b)(6) is **GRANTED in part and DENIED in part**. The Motion to Dismiss is **DENIED** as to Counts I, II, and III. The Motion to Dismiss is **GRANTED** as to Counts IV and V, which are **DISMISSED with prejudice**.

It is so **ORDERED**.

BY THE COURT:
/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**