# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SYNCHRONY GROUP, LLC, *et al.* | : | NO. 18-602 |

## ORDER

**AND NOW**, this 23rd day of May, 2019, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that, Defendant shall produce to Plaintiff unredacted copies of SYN 30-41, SYN 43-53, SYN 57-63, SYN 85-87, SYN 101-102, 104-109, SYN 111, SYN 113-119, SYN 122, SYN 124-128, SYN 133-151, SYN 154-160, SYN 163-177, SYN 179-181, SYN 184-186, SYN 190-205, SYN 208-275. SYN 280-323, SYN 326-329, SYN 347-348, SYN 350-354, with redactions for pricing and cost information to which Plaintiff has agreed.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge