## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | : | CIVIL ACTION |
| v. | : | |
| SYNCHRONY GROUP, LLC, *et al.* | : | NO. 18-602 |

## ORDER

**AND NOW**, this 23rd day of May, 2019, upon consideration of Non-Party Harmony's Motion for a Protective Order (Document No, 46), Plaintiff's Opposition thereto (Document No, 50), and for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Harmony's Motion is **DENIED**. Any documents which Defendant produces to Plaintiff that contain Harmony's confidential information shall be provided in compliance with the Protective Order entered in this case.

**IT IS SO ORDERED**.

BY THE COURT:


*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge